IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| KEVIN REVELS, | ) | |
| TDCJ #00654284, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 7:12-CV-196-O-BL |
| | ) | |
| RICK THALER, Director, | ) | |
| Texas Department of Criminal Justice, | ) | |
| Correctional Institutions Division, | ) | |
|     Respondent. | ) | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and of the Report and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings of fact, conclusions of law, and reasons for dismissal set forth in the Report and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

The Court further finds that the Petitioner, Kevin Revels, has filed over eighty lawsuits in federal court under his own name or under the alias, Jerry Lynn Johns. He has been sanctioned by the Eastern District of Texas, the Southern District of Texas and the Fifth Circuit Court of Appeals for his persistence in filing frivolous lawsuits and abusing the judicial process. *See Revels v. Director*, No. 9:97-CV-207 (E.D. Tex.) (petitioner sanctioned $100.00 and barred from filing further cases until the sanction is paid); *In re Revels*, No. 98-11423 (5th Cir., December 23, 1998) (petitioner barred from filing any *pro se* habeas pleading in the Fifth Circuit or any court subject to its jurisdiction without advance written permission from a judge of the forum court). Revels has been

assessed over $500.00 in sanctions, none of which have been satisfied. *See Revels v. Bobbitt*, 9:08-CV-066 (E.D. Tex.) (dismissing case on May 21, 2008 pursuant to prior sanctions). The U.S. District Court for the Southern District of Texas entered an order directing that all mail received from Revels be returned to him unopened with the statement "Frivolous Filer, return to sender." *See Revels v. Argo*, No. 4:07-CV-3027 (S.D. Tex.) (dismissed September 25, 2007).

Pursuant to Miscellaneous Order No. 48 (N.D. Tex.), filed on Nov. 16, 1993, this Court observes and enforces sanctions imposed against inmates by other federal courts in Texas. *See Balawajder v. Scott*, 160 F.3d 1066, 1067 (5th Cir. 1999) (affirming dismissal of a prisoner's federal action based on district court's policy of enforcing sanctions imposed by other federal courts in Texas). Based upon the sanctions previously imposed against Revels, this Court concludes that, in addition to failing to state any ground for habeas relief, Revels is not permitted to seek habeas relief until such time as he has satisfied the sanctions or has permission to proceed from a judicial officer.

For the foregoing reasons, it is ORDERED that the petition for writ of habeas corpus is DENIED and DISMISSED.

SO ORDERED this 5th day of December, 2012.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE